

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     JUN -8 2021
CLERK, U.S. DISTRICT COURT
By_____
              Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-MJ-408 |
| GISELA SOTELO (01)<br>PEDRO RODRIGUEZ, JR. (02)<br>MARIBEL SAMANIEGO-BEJARANO (03) | |

## CRIMINAL COMPLAINT

I, Prudencio Solis, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Possession with Intent to Distribute a Controlled Substance

On or about June 7, 2021, in the Fort Worth Division of the Northern District of Texas, defendants **Gisela Sotelo, Pedro Rodriguez** and **Maribel Samaniego-Bejarano, Jr.** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

I am a Task Force Officer with the Drug Enforcement Administration (DEA) and this Complaint is based on the following facts:

1. On June 7, 2021, agents received information from a DEA confidential source (hereinafter, "CS") that a drug transaction was to take place in the area of 4520 SW 820 Boulevard R, Fort Worth, Texas. The same date, agents established surveillance at this location and observed a Hispanic female, identified as **Gisela Sotelo**, obtain a large tan bag from the driver of a gray SUV and enter a red Dodge Challenger. Shortly after, agents observed **Sotelo** exit the red Challenger and hand the tan bag to another Hispanic female in a silver Ford F-150, later identified as **Maribel Samaniego-Bejarano**. Agents

Criminal Complaint - Page 1

observed **Sotelo** re-enter the red Challenger and the two vehicles departed the area in tandem.

    2. Agents coordinated with officers of the North Texas Criminal Interdiction Unit to conduct traffic stops on both the red Challenger and the silver F-150. The silver F-150 yielded to the marked unit. Officers identified the driver as **Pedro Rodriguez Jr.** and the passenger as **Maribel Samaniego-Bejarano**. Officers received consent to search the vehicle and subsequently seized approximately 3.43 gross kilograms of a white powdery substance from inside the tan bag. An agent later field tested the white powdery substance, which tested presumptive positive for the presence of cocaine. Officers also identified **Sotelo** as the passenger in the red Challenger, which yielded in Benbrook, Texas. **Sotelo, Rodriguez Jr.,** and **Samaniego-Bejarano** were subsequently taken into custody.

    3. In a post-arrest interview, **Sotelo** was read her Miranda warnings, stated she understood her rights, and agreed to answer questions. **Sotelo** stated she knew she was involved in a three-kilogram drug transaction, and that she gave the drugs to her mother (**Samaniego-Bejarano**) who was in the same vehicle as her step-father (**Rodriguez Jr.**).

    4. In a post-arrest interview, **Samaniego-Bejarano** was read her Miranda warnings, stated she understood her rights, and agreed to answer questions. **Samaniego-Bejarano** stated she knew the bag **Sotelo** gave her contained drugs and that she (**Samaniego-Bejarano**), **Rodriguez Jr.** and **Sotelo** also knew they were setting up a cocaine transaction.

5. In a post-arrest interview, **Rodriguez Jr.** was read his Miranda warnings, stated he understood his rights, and agreed to answer questions. **Rodriguez Jr.** stated he knew he was accompanying **Sotelo** and **Samaniego-Bejarano** to a drug transaction, brought his firearm, and that he provided security for the drug transaction. **Rodriguez Jr.** stated **Sotelo** and **Samaniego-Bejarano** were to receive approximately $6,500 U.S. currency as profit after the completion of the drug transaction.

6. Although I have not listed all the facts regarding this offense, I believe that the facts stated above establish probable cause that the above-named defendants have violated 21 U.S.C. § 841(a)(1) and (b)(1)(B).

Prudencio Solis
DEA - Task Force Officer

Sworn to before me, and subscribed in my presence on June 8, 2021 at /:3⁶ p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge